IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:18CR33 |
| | ) | |
| Plaintiff, | ) | JUDGE PAMELA A. BARKER |
| | ) | |
| v. | ) | |
| | ) | |
| ASHIS K. RAKHIT, | ) | GOVERNMENT'S MOTION |
| JAYATI GUPTA RAKHIT, | ) | TO DISMISS AMENDED SUPERSEDING |
| | ) | INDICTMENT WITH PREJUDICE |
| Defendants. | ) | |

Now comes the United States of America, through its counsel, Michelle M. Baeppler, Acting United States Attorney, and Michael L. Collyer and Megan R. Miller, Assistant United States Attorneys, and respectfully moves this Court for an order to dismiss this matter with prejudice. A copy of the Order of Dismissal is attached hereto.

                                              Respectfully submitted,

                                              MICHAELLE M. BAEPPLER
                                              Acting United States Attorney

By:  /s/ Michael L. Collyer
       Michael L. Collyer (OH: 0061719)
       Megan R. Miller (OH: 0085522)
       Assistant United States Attorneys
       801 West Superior Avenue, Suite 400
       Cleveland, OH 44113
       (216) 622-3744/3779/3855
       (216) 522-2403 (facsimile)
       Michael.Collyer@usdoj.gov
       Megan.R.Miller@usdoj.gov